# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2021

Bridget M. McCormack,
Chief Justice

161746(21)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEOFFREY LAVAR LAWSON,
      Defendant-Appellant.

_____/

SC: 161746
COA: 352449
Genesee CC: 08-024090-FC

On order of the Chief Justice, the third motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on August 26, 2021, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2021

Clerk